D. Sukowicz, Appellee, v. John Hinko et al., Appellants.
Appeal of John Hinko.

Gen. No. 41,758.

Heard in second division, first district, this court at June term, 1941; opinion filed March 24, 1942; rehearing denied April 11, 1942; Edwin B. Harts, for appellant John Hinko; Kahn, Russ & Kahn and Julius L. Kahn, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''